court of chancery. Of such an estate the wife is not entitled to dower. The husband was not seised of an estate of inheritance in the lands.

If there had been any proof of fraud, that this was done to defeat the wife of her dower, then the case might have stood differently; but there is no positive proof of fraud, and suspicious circumstances are not sufficient ground for a decree.

The petition must be dismissed.

---

**MARK DAVIS, Administrator of Elizabeth Davis, v. MARY DAVIS.**

Court of Chancery.  Sussex.  July 28, 1823.

*Ridgely's Notebook IV, 243.*

[For this case, see 1 Del.Ch. 256.]

**CANNON SMITH v. WASHINGTON NICOLS et al.**

Court of Chancery.  Sussex.  July 29, 1823.

*Ridgely's Notebook IV, 245.*

[THE JUDICIARY.]

*Ridgely's Notebook IV, 252.*

High Court of Errors and Appeals.

Monday, August 4, 1823.

The Court met.  Present:  RIDGELY, CHANCELLOR; JOHNS, Chief Justice of the Supreme Court; BOOTH, Chief Justice of the

Court of Common [Pleas]; DAVIS, Justice of the Supreme Court; COOPER and STOUT, Justices of the Court of Common Pleas.

### Tuesday, August 5.

The Court, to wit, RIDGELY, BOOTH, COOPER and STOUT proceeded in hearing the case of *Bachelor v. the State.*

### Wednesday, August 6.

The case of Elizabeth Bachelor employed the Court the greatest part of this day.

Several causes were continued for want of a quorum. JUDGE WAY and JUDGE BATSON have not been in attendance. Mr. Way, we heard, had been very sick a couple of weeks ago, and it is supposed that he is still too much indisposed to leave home. A letter was received from Mr. Batson, by which we learn that he is sick, and cannot attend. The family of James Booth, Jr., one of the members of the bar, prevents his attendance on account of indisposition. . . .

## ELIZABETH BACHELOR v. STATE.

High Court of Errors and Appeals. August 4, 1823.

*Ridgely's Notebook IV, 253.*

Elizabeth Bachelor was indicted by the grand jury for arson, in the following words:

> The grand inquest for the State of Delaware and the body of New Castle County, on their oath and affirmation respectively do present that Elizabeth Bachelor, late of Christiana Hundred in the county aforesaid, wife of one Caspar Bachelor, late of the same hundred and county, yeoman, on the eighth January, 1822, about the hour of twelve in the night of the same day, with force and arms at Christiana Hundred aforesaid, in the county aforesaid, a certain stable of one John Rumford having hay therein, there situate, unlawfully, maliciously, voluntarily and feloniously did set